ATLANTIC TRANSPORT CO. OF WEST VIRGINIA v. STATE OF MARYLAND. (Circuit Court of Appeals, Fourth Circuit. February 26, 1912.) No. 1,059. Appeal from the District Court of the United States for

the District of Maryland, at Baltimore. See, also, 193 **Fed.** 1019. Bond, Robinson & Duffy, for appellant. Semmes, Bowen & Semmes and W. H. Price, Jr., for appellee.

PER CURIAM. Decree of District Court affirmed, with costs. Decree filed. March 9, 1912, upon petition of appellant, mandate of this court is stayed pending appellant's application for a writ of certiorari in the Supreme Court. April 13, 1912, writ of certiorari of Supreme Court of the United States presented. Stipulation of attorneys filed. Return, together with the writ, transmitted to the Supreme Court of the United States.